IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAMBERT G. CHAMBERS,**<br><br>                                  Plaintiff,<br><br>          v.<br><br>**K. FREDERIKSEN, et al.,**<br><br>                                  Defendants. | Case No. 2:21-cv-1112 WBS KJN P<br><br>~~**PROPOSED**~~ **ORDER GRANTING APPLICATION TO EXTEND THE DEADLINE TO SUBMIT SETTLEMENT CONFERENCE STATEMENT** |

Defendants applied ex parte for an extension of time to submit their Confidential Settlement Conference Statement. Good cause appearing, Defendants' Application, ECF No. 22, is **GRANTED**. Defendants must submit their Confidential Settlement Statement to the Court by December 9, 2021 by means consistent with the Court's prior order. (ECF No. 18.)

**IT IS SO ORDERED.**

DATED: December 8, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE